JOHN KAIKAINAHAOLE v. HAWAIIAN GAS
PRODUCTS, LIMITED.

No. 1818.

ARGUED MAY 11, 1928.                    DECIDED MAY 12, 1928.

PERRY, C. J., BANKS AND PARSONS, JJ.

*Per Curiam.* This is an action in trover for damages
in the sum of $417.96 for wrongful conversion by a for-
mer mortgagee, in possession, of mortgaged chattels by
withholding the same contrary to the rights of the mort-
gagor after payment of the mortgage debt, release of
mortgage and demand of mortgagor for possession of
said chattels. The appeal is on points of law from the
judgment of the district magistrate sustaining defend-
ant's motion to dismiss plaintiff's complaint, at the close
of plaintiff's case, on the following grounds: "(1) That
it affirmatively appeared by the pleadings and evidence
that the court should not take jurisdiction in the said
cause; (2) that the court was without jurisdiction to
construe the mortgage introduced by the plaintiff into
the evidence and thereunder determine the full rights of
the parties thereto in respect to property described
therein and involved in this case."

The pleadings and proof show that the proceeding is
an action at law within the jurisdiction of the district
court as provided by R. L. 1925, section 2274, not ex-
cepted by any proviso in said section or otherwise ex-
cepted and not requiring the exercise of equitable juris-
diction.

The appeal is sustained, the judgment reversed and
the case remanded to the district magistrate with in-

structions to overrule said motion to dismiss and for such further proceedings as may be proper.

*M. T. Furtado* (also on the briefs) for plaintiff.

*H. T. Kay* (*Robertson & Castle* on the brief) for defendant.